IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA PEPE, :
      Plaintiff, : CIVIL ACTION
       :
v. :
       :
MICHAEL J. ASTRUE, :
Commissioner of Social Security, : NO. 10-7424
      Defendant. :

FILED
MAR 21 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 21st day of March, 2012, upon consideration of Plaintiff's Motion for Summary Judgment or, in the Alternative, Plaintiff's Motion for Remand and her brief in support thereof (collectively, Doc. 9), Defendant's Response to Plaintiff's Request for Review (Doc. 11), and Plaintiff's Reply Brief (Doc. 14), and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

— No objection filed.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

cc: LFR